IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

RED APPLE MEDIA, INC,

                Plaintiff,

v.

JOHN BATCHELOR, UNION RIVER PRESS, INC., AUDIOBOOM LIMITED, THE WEISS AGENCY INC., and HEATHER COHEN,

                Defendants.

Case No.: 22-cv-07547-JSR

---

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(l)(A)(i) of the Federal Rules of Civil Procedure, plaintiff hereby voluntarily dismisses civil action 22-cv-07547 without prejudice and without costs to either party as against the other. Defendants have not served an answer or motion for summary judgment.

Dated: New York, New York
        November 4, 2022

**DILWORTH PAXSON LLP**

By: _/s/ Ira N. Glauber_
Ira N. Glauber (8383)
Yonit A. Caplow (6866)
99 Park Avenue, Suite 320
New York, New York 10016
(917) 675-4252
iglauber@dilworthlaw.com
ycaplow@dilworthlaw.com

*Attorneys for Plaintiff, Red Apple Media, Inc.*

To:    Siddhartha Rao
       Nicole Haff
       ROMANO LAW PLLC
       55 Broad Street, 18th Floor
       New York, NY 10004
       (212) 865-9848
       sid@romanolaw.com
       nicole@romanolaw.com
       *Attorneys for Defendants John Batchelor, Union River Press, Inc., The Weiss Agency Inc., and Heather Cohen*

Tal Dickstein
Marwa Abdelaziz
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4963
tdickstein@loeb.com
mabdelaziz@loeb.com
*Attorneys for Defendant Audioboom Limited*